SEALED BY ORDER OF THE COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

E-filing

CR 15    00013

Filed JAN 07 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EJD
PSG

UNITED STATES OF AMERICA,

V.

NATHAN MOSER, PETER SIRAGUSA, aka Bobby Russo, TRENT WILLIAMS, CARLO PACILEO, and SUMIT GUPTA aka Sumit Vishnoi

DEFENDANT(S).

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 1030(b) -Conspiracy; 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i)-Accessing a Protected Computer and Obtaining Information; 18 U.S.C. § 2511 (1)(a)-Interception of Electronic Communications; 18 U.S.C. § 2-Aiding and Abetting

A true bill.

_____ Foreman

Filed in open court this 7th day of January, 2015

Paes. Aaron

_____ Clerk

Bail, $ NO bail arrest warrant.

SEALED ORDER OF THE COURT

E-filing

MELINDA HAAG (CABN 132612)
United States Attorney

Filed
JAN 07 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EJD
PSG

UNITED STATES OF AMERICA,

v.

NATHAN MOSER,
PETER SIRAGUSA,
　aka "Bobby Russo,"
TRENT WILLIAMS,
CARLO PACILEO, and
SUMIT GUPTA,
　aka "Sumit Vishnoi,"

Defendants.

CASE NO. CR 15 00013

VIOLATIONS: 18 U.S.C. § 1030(b) — Conspiracy;
18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i) — Accessing a Protected Computer and Obtaining Information; 18 U.S.C. § 2511(1)(a) — Interception of Electronic Communications; 18 U.S.C. § 2 — Aiding and Abetting

SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

At all times relevant to this indictment, unless otherwise stated, with all dates given being both approximate and inclusive:

The Defendants

1. NATHAN MOSER, of Menlo Park, California, was a private investigator and owner of Moser and Associates in Menlo Park, California.

2. PETER SIRAGUSA, aka "Bobby Russo," of Novato, California, was a private

1

1  investigator and owner of Siragusa Investigations in Novato, California. Although MOSER and
2  SIRAGUSA operated separate business entities, they often assisted in each other's investigations.
3      3. CARLO PACILEO, of El Segundo, California, was the director of security for
4  ViSalus, a network marketing company based in Los Angeles, California, with offices in Troy,
5  Michigan.
6      4. TRENT WILLIAMS, of Martinez, California, was a computer hacker employed by
7  MOSER and SIRAGUSA to access the e-mail accounts, Skype accounts, and protected computers of
8  individuals without authorization.
9      5. SUMIT GUPTA, aka "Sumit Vishnoi," of Jabalapur, India, was a computer hacker employed
10 by MOSER and SIRAGUSA to access the e-mail accounts, Skype accounts, and protected computers of
11 individuals without authorization.

The Victims

13     6. K.J.D. and F.N. were co-founders of Ocean Avenue, a network marketing company based in
14 South Jordan, Utah. Ocean Avenue was a competitor of ViSalus and had hired several former ViSalus
15 employees. As a result, Visalus initiated a civil lawsuit against Ocean Avenue employees. ViSalus hired
16 MOSER to investigate Ocean Avenue. MOSER enlisted SIRAGUSA to assist with that investigation.
17     7. K.T. was chief marketing officer at Ocean Avenue and a former employee of ViSalus.
18     8. J.C. was employed by Silvaco, Inc., a privately-owned provider of electronic
19 design automation software, and process and device simulation software, based in Santa Clara,
20 California. Silvaco was co-founded by I.P., who had a child out of wedlock with J.C. After I.P.'s death,
21 J.C. sued I.P.'s estate and Silvaco for child support and employment benefits. I.P.'s widow, K.P., hired
22 SIRAGUSA to investigate J.C. SIRAGUSA enlisted MOSER to assist with that investigation.

COUNT ONE: (18 U.S.C. § 1030(b) — Conspiracy to Commit an Offense Under 18 U.S.C. § 1030(a))

24     9. Paragraphs 1 through 8 are realleged and incorporated as if fully set forth here.
25     10. Beginning at a time unknown to the Grand Jury, but no later than April 2012, and
26 continuing at least to June 2013, in the Northern District of California and elsewhere, the defendants,
27 //
28 //

1                          NATHAN MOSER,
2                          PETER SIRAGUSA,
                        aka "Bobby Russo,"
3                          TRENT WILLIAMS,
                        CARLO PACILEO, and
4                          SUMIT GUPTA,
                        aka "Sumit Vishnoi,"

did knowingly conspire and agree with each other and other persons known and unknown to the Grand Jury to commit an offense under 18 U.S.C. § 1030(a)(2)(C), that is, to access, without authorization and for purposes of commercial advantage and private financial gain, the e-mail accounts, Skype accounts, and protected computers of the victims.

Manner and Means of the Conspiracy

11. The object of the conspiracy was to obtain information that would assist the clients of MOSER and SIRAGUSA, including CARLO PACILEO and K.P., in the clients' civil lawsuits. MOSER and SIRAGUSA hired TRENT WILLIAMS and SUMIT GUPTA, among others, to hack into the victims' e-mail accounts, Skype accounts, and protected computers.

12. It was part of the conspiracy that, in addition to accessing e-mail accounts, Skype accounts, and protected computers without authorization, the defendants installed and used a keylogger—a tool that intercepts and logs the particular keys struck on a keyboard in a covert manner so that the person using the keyboard is unaware that his or her actions are being monitored—to obtain information that would assist in the civil lawsuits of MOSER and SIRAGUSA's clients.

13. It was further part of the conspiracy that MOSER, SIRAGUSA, and WILLIAMS set up the e-mail account, krowten.a.lortnoc@gmail.com, to which they all had access, to communicate with one another. MOSER and WILLIAMS communicated by writing draft e-mails in the account, which could be deleted after the message was read. SIRAGUSA typically communicated with WILLIAMS by sending e-mails from SIRAGUSA's alias account, bobbyrusso1973@gmail.com. MOSER typically communicated with GUPTA by sending e-mails from natemoserpi@gmail.com to vishsumit@gmail.com.

All in violation of Title 18, United States Code, Sections 1030(b) and 1030(c)(2)(B)(i).

//
//

1  COUNTS TWO THROUGH EIGHT: (18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(i) — Accessing a Protected Computer and Obtaining Information; 18 U.S.C. § 2 — Aiding and Abetting)

14. The factual allegations in paragraphs 1 through 13 are realleged and incorporated as if fully set forth here.

15. On the dates set forth below, in the Northern District of California and elsewhere, the defendants,

> NATHAN MOSER,
> PETER SIRAGUSA,
> aka "Bobby Russo,"
> TRENT WILLIAMS,
> CARLO PACILEO, and
> SUMIT GUPTA,
> aka "Sumit Vishnoi,"

acting for the purposes of commercial advantage and private financial gain, did intentionally access a protected computer without authorization and exceed authorized access, and thereby obtain information from a protected computer, as set forth in each of Counts Two through Eight:

| Count | Date | Account/Computer Type | Account/Computer Holder |
|---|---|---|---|
| 2 | 02/23/2013 | E-mail | K.J.D. |
| 3 | 03/18/2013 | Skype | K.J.D. and F.N. |
| 4 | 04/06/2013 | E-mail | K.T. |
| 5 | 04/07/2013 | E-mail | K.T. |
| 6 | 04/09/2013 | E-mail | J.C. |
| 7 | 04/17/2013 | E-mail | J.C. |
| 8 | 06/14/13 to 06/18/13 | Sony Desktop Computer | J.C. |

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (c)(2)(B)(i) and 2.

COUNT NINE: (18 U.S.C. § 2511(1)(a), 4(a) — Interception of Electronic Communications; 18 U.S.C. § 2 — Aiding and Abetting)

16. The factual allegations contained in Paragraphs 1 through 13 are realleged and incorporated as if fully set forth here.

4

17. On April 26, 2013, in the Northern District of California and elsewhere, the defendants,

> NATHAN MOSER,
> PETER SIRAGUSA,
> aka "Bobby Russo,"
> TRENT WILLIAMS,
> CARLO PACILEO, and
> SUMIT GUPTA,
> aka "Sumit Vishnoi,"

did intentionally intercept, endeavor to intercept, procure another person to intercept, and procure another person to endeavor to intercept, an electronic communication, that is, they attempted to install a keylogger on K.J.D.'s computer without authorization.

All in violation of Title 18, United States Code, Sections 2511(1)(a), (4)(a), and 2.

COUNT TEN: (18 U.S.C. § 2511(1)(a), 4(a) — Interception of Electronic Communications; 18 U.S.C. § 2 — Aiding and Abetting)

18. The factual allegations contained in Paragraphs 1 through 13 are realleged and incorporated as if fully set forth here.

19. Beginning no later than May 2013, and continuing until June 18, 2013, in the Northern District of California and elsewhere, the defendants,

> NATHAN MOSER,
> PETER SIRAGUSA,
> aka "Bobby Russo,"
> TRENT WILLIAMS,
> CARLO PACILEO, and
> SUMIT GUPTA,
> aka "Sumit Vishnoi,"

did intentionally intercept, endeavor to intercept, procure another person to intercept, and procure another person to endeavor to intercept, an electronic communication, that is, they installed a keylogger on J.C.'s Sony Desktop Computer without authorization.

//
//
//
//
//
//

5

All in violation of Title 18, United States Code, Sections 2511(1)(a), (4)(a), and 2.

DATED:                                                          A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, Computer Hacking/Intellectual Property Unit

(Approved as to form: _____ )
                        AUSA PARRELLA

6

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

*SEALED BY ORDER OF THE COURT*

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. § 1030(b) — Conspiracy
Counts 2 - 8: 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i) & 2 — Accessing a Protected Computer and Obtaining Information; Aid and Abet
Counts 9 - 10: 18 U.S.C. §§ 2511(1)(a), 4(a) & 2 — Interception of Electronic Communications; Aid and Abet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years, $250,000 fine, 3 years supervised release.
Counts 2 - 8: 10 years each count, $250,000 fine each count.
Counts 9 - 10: 5 years each count, $250,000 fine.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ NATHAN MOSER

DISTRICT COURT NUMBER

**CR 15    00013**

EJD
PSG

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
FBI SA Greg Fine

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Matthew A. Parrella

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 1030(b) — Conspiracy
Counts 2 - 8: 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i) & 2 — Accessing a Protected Computer and Obtaining Information; Aid and Abet
Counts 9 - 10: 18 U.S.C. §§ 2511(1)(a), 4(a) & 2 — Interception of Electronic Communications; Aid and Abet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years, $250,000 fine, 3 years supervised release.
Counts 2 - 8: 10 years each count, $250,000 fine each count.
Counts 9 - 10: 5 years each count, $250,000 fine.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ PETER SIRAGUSA aka Bobby Russo

DISTRICT COURT NUMBER
CR 15 00013

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI SA Greg Fine

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Matthew A. Parrella

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. § 1030(b) — Conspiracy
Counts 2 - 8: 18 U.S.C. § § 1030(a)(2)(C), (c)(2)(B)(i) & 2 — Accessing a Protected Computer and Obtaining Information; Aid and Abet
Counts 9 - 10: 18 U.S.C. § § 2511(1)(a), 4(a) & 2 — Interception of Electronic Communications; Aid and Abet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years, $250,000 fine, 3 years supervised release.
Counts 2 - 8: 10 years each count, $250,000 fine each count.
Counts 9 - 10: 5 years each count, $250,000 fine.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ TRENT WILLIAMS

DISTRICT COURT NUMBER
CR 15 00013 EJD PSG

FILED JAN 07 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FBI SA Greg Fine

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form _____
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Matthew A. Parrella

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**SEALED BY ORDER OF THE COURT**

— OFFENSE CHARGED —

Count 1: 18 U.S.C. § 1030(b) — Conspiracy
Counts 2 - 8: 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i) & 2 —
Accessing a Protected Computer and Obtaining Information; Aid and Abet
Counts 9 - 10: 18 U.S.C. §§ 2511(1)(a), 4(a) & 2 —
Interception of Electronic Communications; Aid and Abet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years, $250,000 fine, 3 years supervised release.
Counts 2 - 8: 10 years each count, $250,000 fine each count.
Counts 9 - 10: 5 years each count, $250,000 fine.

— DEFENDANT - U.S —

▶ CARLO PACILEO

DISTRICT COURT NUMBER

CR 15 00013 EJD PSG

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Greg Fine

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

— DEFENDANT —

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
  1) ☐ If not detained give date any prior summons was served on above charges ▶
  2) ☐ Is a Fugitive
  3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
  4) ☐ On this charge
  5) ☐ On another conviction    } ☐ Federal  ☐ State
  6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Matthew A. Parrella

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
  ☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
  ☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                              Before Judge:

Comments:

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. § 1030(b) — Conspiracy
Counts 2 - 8: 18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i) & 2 —
Accessing a Protected Computer and Obtaining
Information; Aid and Abet
Counts 9 - 10: 18 U.S.C. §§ 2511(1)(a), 4(a) & 2 —
Interception of Electronic Communications; Aid and Abet

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Count 1: 5 years, $250,000 fine, 3 years supervised release.
Counts 2 - 8: 10 years each count, $250,000 fine each count.
Counts 9 - 10: 5 years each count, $250,000 fine.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----

▶ SUMIT GUPTA aka Sumit Vishnoi

DISTRICT COURT NUMBER

CR 15 00013 EJD PSG

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
FBI SA Greg Fine

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew A. Parrella

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                     Before Judge:

Comments: