— SEALED BY ORDER OF THE COURT    E-filing

# United States District Court
## Northern District of California

# CRIMINAL COVER SHEET

*Filed JAN 07 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. Nathan Moser, Peter Siragusa aka Bobby Russo

**Case Number:** CR 15 00013 EJD PSG

**Total Number of Defendants:**
- 1 ☐
- 2-7 ✓
- 8 or more ☐

**Is This Case Under Seal?**
- Yes ✓
- No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ✓

**Venue (Per Crim. L.R. 18-1):**
- SF ☐
- OAK ☐
- SJ ✓
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ✓

**Assigned AUSA (Lead Attorney):**
Matthew A. Parrella

**Is this a RICO Act gang case?**
- Yes ☐
- No ✓

**Date Submitted:**
January 7, 2015

**Comments:**

[Save]  [Print]  [Clear Form]

July 2013