**SEALED BY ORDER OF THE COURT**

E-filing

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   Assistant United States Attorney

5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5042
7      FAX: (408) 535-5081
       E Mail: matthew.parrella@usdoj.gov

8
   Attorneys for United States of America

Filed
JAN 07 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EJD
PSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 15 00013 |
| Plaintiff, | [PROPOSED] ORDER OF THE COURT SEALING INDICTMENT AND ARREST WARRANTS |
| v. | **UNDER SEAL** |
| NATHAN MOSER, PETER SIRAGUSA aka, Bobby Russo, TRENT WILLIAMS, CARLO PACILEO, and SUMIT GUPTA aka Sumit Vishnoi | |
| Defendants. | |

The government hereby moves the Court for an order sealing the indictment, arrest warrant and the Court's sealing order until further order of the Court because the defendants have not yet been arrested and the investigation is ongoing. The United States requests copies of the sealed indictment, arrest warrants, and Orders.

DATED: January 7, 2015                Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      /s/ Matthew Parrella
                                      MATTHEW A. PARRELLA
                                      Assistant United States Attorney

SEALING ORDER
                                          1

[PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, arrest warrant, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of these documents to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigations.

DATED: 1·7·15

~~NATHANAEL M. COUSINS~~ Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER

2