UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CARLO PACILEO,<br>　　　　Defendant. | Case No. 5:15-cr-00013-EJD<br><br>**ORDER DENYING DEFENDANT'S "REQUEST FOR CORRECTION OF ORDER"**<br><br>Re: Dkt. No. 153 |

On March 2, 2017, the court issued a written order denying Defendant Carlo[1] Pacileo's ("Defendant") Motion for Early Termination of Probation. Dkt. No. 153. Four days later, Defendant filed a document entitled "Request for Correction of Order Denying Early Termination of Probation" (Dkt. No. 153), in which he requests the court correct certain statements he believes are inaccurate and issue an amended order.

Notably, Defendant's request does not cite the legal authority upon which it is based. But that observation aside, the issuance of an amended order is unnecessary under these circumstances. Even if the March 2nd order was "corrected" in the manner cited by Defendant, the reasoning, conclusion and outcome would remain the same.

Accordingly, Defendant's request is DENIED.

**IT IS SO ORDERED.**

Dated: March 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The fact that Defendant's first name is Carlo rather than Carlos is noted. That error, however, has no bearing on the matters addressed in the order.