UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>SUMIT GUPTA,<br>          Defendant. | Case No. 15-cr-00013-EJD-5<br><br>**ORDER REASSIGNING FUGITIVE CRIMINAL CASE** |

The court having been advised that defendant Sumit Gupta is a fugitive, it is hereby ordered that this case, as to defendant Sumit Gupta, is removed from the list of cases pending before the undersigned judge and the Clerk is instructed to reassign it to the Executive Committee. On motion of either party for good cause shown, the case will be restored to the list of cases pending before the undersigned.

**IT IS SO ORDERED.**

Dated: 3/30/2017



EDWARD J. DAVILA
United States District Judge